1030

[No. 59213-1-I.   Division One.   November 13, 2007.]

ADELINE J. CRINKS, *Respondent*, v. JESSICA TORRES, *Individually and as Personal Representative, Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-2-05369-9, Douglass A. North, J., entered November 13, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59376-5-I.   Division One.   November 13, 2007.]

*In the Matter of the Marriage of* SUSAN CAROLE CHANDLER, *Appellant*, and JOHN CLAUDE CHANDLER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-3-06816-2, James A. Doerty, J., entered January 5, 2007. *Remanded* by unpublished per curiam opinion.

[No. 59668-3-I.   Division One.   November 13, 2007.]

*In the Matter of the Marriage of* SUSANNE SMITH PRUITT, *Respondent*, and JEFFREY DRAKE PRUITT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-3-02247-9, James A. Doerty, J., entered February 7, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 23913-6-III.   Division Three.   November 13, 2007.]

LYNN CRISP, *Individually, as Guardian, and as Personal Representative, Appellant*, v. PACE CORPORATION ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 02-2-02184-5, Kathleen M. O'Connor, J., entered October 4, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, J., and Friel, J. Pro Tem.